

FILED
09 JUN -5 AM 11:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE L. CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  LESLIE KRAMER (CSB NO. 253313)
   lkramer@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA 94041
6  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200

ORIGINAL