RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE L. CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANTHONY LA RUSSA,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>    Defendant. | Case No. CV 09 2503<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Twitter, Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: June 5, 2009            FENWICK & WEST LLP

By: _/s/ Rodger R. Cole_
       Rodger R. Cole

Attorneys for Defendant
TWITTER, INC.

RULE 7.1 DISCLOSURE STATEMENT