ORIGINAL

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE L. CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  LESLIE KRAMER (CSB NO. 253313)
   lkramer@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA 94041
6  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200
7
   Attorneys for Defendant
8  TWITTER, INC.

FILED
09 JUN -5 AM 11:29

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

EMC

| ANTHONY LA RUSSA, | Case No. CV 09 2503 |
|---|---|
| Plaintiff, | |
| v. | **DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| TWITTER, INC., a Delaware corporation, and DOES 1-25, inclusive, | |
| Defendant. | |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Twitter, Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: June 5, 2009                                 FENWICK & WEST LLP

                                                    By: /s/ Rodger R. Cole
                                                    ─────────────────────────
                                                    Rodger R. Cole

                                                    Attorneys for Defendant
                                                    TWITTER, INC.

RULE 7.1 DISCLOSURE STATEMENT