<pre>
1   RODGER R. COLE (CSB NO. 178865)
    rcole@fenwick.com
2   SONGMEE L. CONNOLLY (CSB NO. 228555)
    sconnolly@fenwick.com
3   LESLIE KRAMER (CSB NO. 253313)
    lkramer@fenwick.com
4   FENWICK & WEST LLP
    Silicon Valley Center
5   801 California Street
    Mountain View, CA  94041
6   Telephone: (650) 988-8500
    Facsimile:  (650) 938-5200
7
    Attorneys for Defendant
8   TWITTER, INC.
</pre>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANTHONY LA RUSSA, | Case No.  C 09-02503 EMC |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| TWITTER, INC., a Delaware corporation, and DOES 1-25, inclusive, | |
| Defendant. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

PROOF OF SERVICE      CASE NO.:  C 09-02503 EMC

**PROOF OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

1. Notice of Removal of Civil Action;
2. Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1;
3. Certification Pursuant to Civil Local Rule 3-16;
4. Civil Cover Sheet;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Standing Order For Civil Practice in Cases assigned for all Purposes to Magistrate Judge Edward M. Chen;
7. Standing Order for All Judges of the Northern District of California;
8. Notice of Assignment of Case to A United State Magistrate Judge for Trail;
9. Consent to Proceed Before a United States Magistrate Judge;
10. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to United States District Judge;
11. ECF Registration Information Handout;
12. Welcome to the U.S. District Court, San Francisco; and
13. Consenting to a Magistrate Judge's Juristiction in the NOrthern District of California.

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Gregory L. McCoy
GAGEN, McCOY, McMAHON, KOSS
MARKOWITZ & RAINES
279 Front Street
P.O. Box 218
Danville, CA  94526

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☐ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

☒ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: June 5, 2009                              _Tomi Palmerino_ (signature)
                                                            Tomi Palmerino

PROOF OF SERVICE                                                    CASE NO.: C 09-02503 EMC

3