RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE L. CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendant
TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| ANTHONY LA RUSSA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TWITTER, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>　　　　Defendant. | Case No. CV-09-2503-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

**WHEREAS**, plaintiff Anthony La Russa ("La Russa") filed his Complaint for Trademark Infringement, False Designation of Origin, Trademark Dilution, Cybersquatting, Misappropriation of Name, and Misappropriation of Likeness (the "Complaint") in San Francisco County Superior Court, Case No. CGC-09-488101 on May 6, 2009;

**WHEREAS**, defendant Twitter, Inc., ("Twitter") filed its Notice of Removal of the Complaint to this federal district court on June 5, 2009;

**WHEREAS**, pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Twitter's last day to respond to the Complaint is presently June 12, 2009;

STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT
F:\CLGLM\26302\TWITTER\LIT-1301430-V2-
TWITTER_(LA_RUSSA)__STIP_TO_EXTEND_TIME_TO_RESPOND_TO_COMPLAINT.DOC

Case No. CV-09-2503-EMC

Dockets.Justia.com

WHEREAS, the parties have agreed to a thirty (30) day extension of Twitter's deadline to respond the Complaint;

WHEREAS, such extension shall not alter the date of any event or any deadline already fixed by Court order;

**IT IS THEREFORE STIPULATED AND AGREED** by the parties that the final day for Twitter to file its response to the Complaint is continued to Monday, **July 6, 2009**.

**IT IS SO STIPULATED.**

Dated: June 10, 2009

FENWICK & WEST LLP

By: /s/ Rodger R. Cole
Rodger R. Cole

Attorneys for Defendant
TWITTER, INC.

Dated: June __, 2009

GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES

By: [signature]
Gregory L. McCoy

Attorneys for Plaintiff

ANTHONY LA RUSSA

### ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45, I hereby attest that this concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June __, 2009

FENWICK & WEST LLP

By: /s/ Rodger R. Cole
Rodger R. Cole

Attorneys for Defendant
TWITTER, INC.