| | |
|---|---|
| 1 | RODGER R. COLE (CSB NO. 178865) |
| | rcole@fenwick.com |
| 2 | SONGMEE L. CONNOLLY (CSB NO. 228555) |
| | sconnolly@fenwick.com |
| 3 | LESLIE KRAMER (CSB NO. 253313) |
| | lkramer@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 5 | 801 California Street |
| | Mountain View, CA 94041 |
| 6 | Telephone: (650) 988-8500 |
| | Facsimile: (650) 938-5200 |
| 7 | |
| | Attorneys for Defendant |
| 8 | TWITTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANTHONY LA RUSSA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>　　　　Defendant. | Case No. CV-09-2503-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** ORDER<br>**[Civil Local Rule 6-1(a)]** |

**WHEREAS**, plaintiff Anthony La Russa ("La Russa") filed his Complaint for Trademark Infringement, False Designation of Origin, Trademark Dilution, Cybersquatting, Misappropriation of Name, and Misappropriation of Likeness (the "Complaint") in San Francisco County Superior Court, Case No. CGC-09-488101 on May 6, 2009;

**WHEREAS**, defendant Twitter, Inc., ("Twitter") filed its Notice of Removal of the Complaint to this federal district court on June 5, 2009;

**WHEREAS**, pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, Twitter's last day to respond to the Complaint is presently June 12, 2009;

STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT

Case No. CV-09-2503-EMC

F:\CLGLM\26302\TWITTER\LIT-1301430-V2-
TWITTER_(LA_RUSSA)__STIP_TO_EXTEND_TIME_TO_RESPOND_TO_COMPLAINT.DOC

|   |   |   |
|---|---|---|
| 1 | WHEREAS, the parties have agreed to a thirty (30) day extension of Twitter's deadline to respond the Complaint; | |
| 3 | WHEREAS, such extension shall not alter the date of any event or any deadline already fixed by Court order; | |
| 5 | **IT IS THEREFORE STIPULATED AND AGREED** by the parties that the final day for Twitter to file its response to the Complaint is continued to Monday, **July 6, 2009**. | |
| 7 | **IT IS SO STIPULATED.** | |

Dated: June 10, 2009                    FENWICK & WEST LLP

By: /s/ Rodger R. Cole
    _____
    Rodger R. Cole

Attorneys for Defendant
TWITTER, INC.

Dated: June __, 2009                    GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES

By: _____
    Gregory L. McCoy

Attorneys for Plaintiff

ANTHONY LA RUSSA

### ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45, I hereby attest that this concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June __, 2009                    FENWICK & WEST LLP

IT IS SO ORDERED:

_____           By: /s/ Rodger R. Cole
Edward M. Chen                             _____
U.S. Magistrate Judge                      Rodger R. Cole

                                        Attorneys for Defendant
                                        TWITTER, INC.

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

STIPULATION TO EXTEND TIME
TO RESPOND                              2           Case No. CV-09-2503-EMC
F:\CLGLM\26202\TWITTER_LIT-1301430-V2-TWITTER_(LA_RUSSA)__STIP_TO_EXTEND_TIME_TO_RESPOND_TO_COMPLAINT.DOC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW