```
1   GREGORY L. MCCOY, CSB # 063399
    GAGEN, McCOY, McMAHON, KOSS,
2   MARKOWITZ & RAINES
    279 Front Street
3   Danville, CA 94526
    Telephone: (925) 837-0585
4   Facsimile:  (925) 838-5985
    glmccoy@gagenmccoy.com
5
    Attorneys for Plaintiff
6   ANTHONY LA RUSSA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| ANTHONY LA RUSSA, | Case No. CV-09-2503-EMC |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| v. | |
| TWITTER, INC., a Delaware corporation, and DOES 1-25, inclusive, | [Fed. R. Civ. P. 41(a)(1)(A)] |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Anthony La Russa hereby dismisses **with prejudice** all claims in this action against Twitter, Inc., with each party to bear its own costs and attorneys' fees. No payment was made by Twitter to La Russa in exchange for this dismissal.

Dated: June __, 2009

GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES

By: _/s/ Gregory L. McCoy_

Gregory L. McCoy

Attorneys for Plaintiff
ANTHONY LA RUSSA