GREGORY L. MCCOY, CSB # 063399
GAGEN, McCOY, McMAHON, KOSS,
MARKOWITZ & RAINES
279 Front Street
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile:  (925) 838-5985
glmccoy@gagenmccoy.com

Attorneys for Plaintiff
ANTHONY LA RUSSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANTHONY LA RUSSA,<br><br>          Plaintiff,<br><br>  v.<br><br>TWITTER, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>          Defendant. | Case No. CV-09-2503-EMC<br><br>**NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)] |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Anthony La Russa hereby dismisses **with prejudice** all claims in this action against Twitter, Inc., with each party to bear its own costs and attorneys' fees. No payment was made by Twitter to La Russa in exchange for this dismissal.

Dated: June __, 2009

GAGEN, McCOY, McMAHON, KOSS, MARKOWITZ & RAINES

By: _/s/ Gregory L. McCoy_____
      Gregory L. McCoy

Attorneys for Plaintiff
ANTHONY LA RUSSA