| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
| | Tel.: (650) 493-9300 |
| 4 | Fax: (650) 493-6811 |
| | keggleton@wsgr.com |
| 5 | |
| | SCOTT A. SHER, State Bar No. 190053 |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 7 | 1700 K Street, NW |
| | Fifth Floor |
| 8 | Washington, DC 20006 |
| | Tel.: (202) 973-8800 |
| 9 | Fax: (202) 973-8899 |
| | ssher@wsgr.com |
| 10 | |
| | JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.) |
| 11 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 12 | 1301 Avenue of the Americas |
| | 40th Floor |
| 13 | New York, NY 10019 |
| | Tel.: (212) 999-5800 |
| 14 | Fax: (212) 999-5899 |
| | jjacobson@wsgr.com |
| 15 | |
| | *Attorneys for Defendant Netflix, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELANIE POLK-STAMPS, individually, on behalf of herself and on behalf of all others similarly situated, | ) ) ) | Civil Action No. CV 09-0244-PJH |
| | ) | **NOTICE OF APPEARANCE** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NETFLIX, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF APPEARANCE
CASE NO.: CV 09-0244-PJH

-1-

1       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that attorney Scott A. Sher of Wilson Sonsini Goodrich & Rosati, 1700 K Street, NW, Fifth Floor, Washington, DC 20006, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Netflix, Inc.

Dated: February 5, 2009

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Scott A. Sher
     Scott A. Sher
     ssher@wsgr.com

*Attorneys for Defendant Netflix, Inc.*