| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842<br>WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation<br>650 Page Mill Road |
| 3 | Palo Alto, CA 94304<br>Tel.: (650) 493-9300 |
| 4 | Fax: (650) 493-6811<br>keggleton@wsgr.com |
| 5 | |
| 6 | SCOTT A. SHER, State Bar No. 190053<br>WILSON SONSINI GOODRICH & ROSATI |
| 7 | Professional Corporation<br>1700 K Street, NW<br>Fifth Floor |
| 8 | Washington, DC 20006<br>Tel.: (202) 973-8800 |
| 9 | Fax: (202) 973-8899<br>ssher@wsgr.com |
| 10 | |
| 11 | JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)<br>WILSON SONSINI GOODRICH & ROSATI |
| 12 | Professional Corporation<br>1301 Avenue of the Americas<br>40th Floor |
| 13 | New York, NY 10019<br>Tel.: (212) 999-5800 |
| 14 | Fax: (212) 999-5899<br>jjacobson@wsgr.com |
| 15 | |
| 16 | *Attorneys for Defendant Netflix, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELANIE POLK-STAMPS, individually, on behalf of herself and on behalf of all others similarly situated, | ) ) ) | Civil Action No. CV 09-0244-PJH |
| | ) | **NOTICE OF APPEARANCE** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NETFLIX, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF APPEARANCE　　　　　　　　　　-1-
CASE NO.: CV 09-0244-PJH

Dockets.Justia.com

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that attorney Keith E. Eggleton of Wilson Sonsini Goodrich & |
| 3 | Rosati, 650 Page Mill Road, Palo Alto, CA 94304, a member of the State Bar of California and |
| 4 | admitted to practice before this Court, hereby enters an appearance as counsel on behalf of |
| 5 | Defendant Netflix, Inc. |

Dated: February 5, 2009

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Keith E. Eggleton
    Keith E. Eggleton
    keggleton@wsgr.com

*Attorneys for Defendant Netflix, Inc.*