AO 440 (Rev. 03/08) Civil Summons (cand 6/08)     [Clear Form]

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| MELANIE POLK-STAMPS, individually, on behalf of Herself and on behalf of all others similarly situated,<br><br>Plaintiff<br>v.<br>NETFLIX, INC., WAL-MART STORES, INC., and, WALMART.COM USA LLC<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CV 09    0244 JCS<br><br>Civil Action No. |

## Summons in a Civil Action

To: Netflix, Inc., Wal-Mart Stores, Inc., and Walmart.com USA LLC (See attached list)

*(Defendant's name)*

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel C. Girard
Elizabeth C. Pritzker
Alex C. Turan
Girard Gibbs LLP
601 California street, Suite 1400
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    JAN 2 0 2009

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Netflix, Inc.</u>, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>Deng LaPorta</u>; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>02-02-2009</u>

<u>Daniel Kleman</u>
Server's signature

<u>Daniel Kleman, Process Server</u>
Printed name and title

<u>45352 Tournament Lane</u>

<u>Temecula, CA 92592</u>
Server's address

## Summons in a Civil Action

Netflix, Inc.
100 Winchester Circle
Los Gatos, California 95032

Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, Arkansas 72716

Walmart.com
7000 Marina Blvd.
Brisbane, CA 94005