# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Resnick, | 09-00002 PJH |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Walmart.com USA LLC, | |
| Defendant(s). | |

**This Document Also Relates to:**

3:09-cv-00096-PJH  O'Connor v. Walmart.com USA LLC et al

3:09-cv-00111-PJH  Endzweig v. Walmart.com USA LLC. et al

3:09-cv-00116-PJH  Schmitz v. Walmart.com USA LLC et al

3:09-cv-00138-PJH  Lynch et al v. Walmart.com USA LLC et al

3:09-cv-00139-PJH  Groce et al v. Netflix, Inc. et al

3:09-cv-00156-PJH  Sivek v. Walmart.com USA LLC. et al

3:09-cv-00180-PJH  Faris v. Netflix, Inc. et al

3:09-cv-00225-PJH  Slobodin v. Netflix, Inc. et al

3:09-cv-00236-PJH  Anthony et al v. Walmart.com USA LLC et al

3:09-cv-00244-PJH  Polk-Stamps v. Netflix, Inc. et al

3:09-cv-00274-PJH  Sheeler v. Walmart.com USA LLC et al

3:09-cv-00294-PJH  Chapman v. Netflix, Inc. et al

3:09-cv-00297-PJH  Orozco v. Netflix, Inc. et al

**Notice Re: Noncompliance With Court Order**
09-00002 PJH                                            -1-

| | |
|---|---|
| 1 | 3:09-cv-00340-PJH Landels et al v. Netflix, Inc. et al |
| 2 | 3:09-cv-00349-PJH Grime v. Netflix, Inc. et al |
| 3 | 3:09-cv-00361-PJH Meyer v. Walmart.com USA LLC et al |
| 4 | 3:09-cv-00368-PJH Randall v. Walmart.com USA LLC et al |
| 5 | 3:09-cv-00377-PJH Miscioscia v. Netflix, Inc. et al |
| 6 | 3:09-cv-00391-PJH Chatelain v. Netflix, Inc. et al |
| 7 | 3:09-cv-00398-PJH Weiner v. Walmart.com USA LLC et al |
| 8 | 3:09-cv-00399-PJH Millrood v. Walmart.com USA LLC et al |
| 9 | 3:09-cv-00400-PJH Kober v. Walmart.com USA LLC et al |
| 10 | 3:09-cv-00402-PJH Lacabe v. Walmart.com USA LLC et al |
| 11 | 3:09-cv-00445-PJH Bruno et al v. Walmart.com USA LLC et al |
| 12 | 3:09-cv-00447-PJH Zaker -v- Netflix, Inc. et al |
| 13 | 3:09-cv-00496-PJH Parikh v. Netflix, Inc. et al |
| 14 | 3:09-cv-00553-PJH Johnson v. Walmart.com USA LLC et al |
| 15 | 3:09-cv-00554-PJH Gannon v. Walmart.com USA LLC et al |
| 16 | 3:09-cv-00678-PJH Williams v. Netflix, Inc. et al |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

1  Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a
2  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax
3  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
4  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
5  to an e-mail directed to adr@cand.uscourts.gov.

7  It is the responsibility of counsel to schedule an ADR Phone Conference, if
8  required, to occur <u>before</u> the Case Management Conference.

11  Dated: March 25, 2009

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
09-00002 PJH                                -3-

PROOF OF SERVICE

Case Name:      Resnick v. Walmart.com USA LLC

Case Number:    09-00002 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 25, 2009, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Lori Sambol Brody
>   Kaplan Fox & Kilsheimer LLP
>   1801 Century Park East, Suite 1460
>   Los Angeles, CA 90067
>   lbrody@kaplanfox.com

>   Robert J. Gralewski Jr.
>   Gergosian & Gralewski LLP
>   655 West Broadway, Suite 1410
>   Suite 1410
>   San Diego, CA 92101
>   bob@gergosian.com

>   Alex C. Turan
>   Montura Law Group
>   2070 N. Broadway
>   Suite 5492
>   Walnut Creek, CA 94596
>   aturan@monturalaw.com

Paul Alexander
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
alexanderp@howrey.com

Thomas A. Isaacson
Howrey LLP
1299 Pennsylvania Avenue, N.W.
3600
Washington, DC 20004
IsaacsonT@howrey.com

Emily L. Maxwell Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
MaxwellE@howrey.com

Peter A. Barile III
Howrey LLP
1299 Pennsylvania Avenue, N.W.
3600
Washington, DC 20004
BarileP@howrey.com

Robert G. Abrams
Howrey LLP
1299 Pennsylvania Avenue, N.W.
3600
Washington, DC 20004
AbramsR@howrey.com

Stephen Edward Morrissey
Susman Godfrey L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029
smorrissey@susmangodfrey.com

Marc M. Seltzer
Susman Godfrey LLP
1901 Avenue of the Stars
Suite 950

Los Angeles, CA 90067-6029
mseltzer@susmangodfrey.com

Richard Wolf Hess
Susman Godfrey LLP
1000 Louisiana
Suite 5100
Houston, TX 77002
rhess@susmangodfrey.com

Neal Stuart Manne
Susman Godfrey
1000 Louisiana #5100
Houston, TX 77002-5096
nmanne@susmangodfrey.com

Kathryn Parsons Hoek
Susman Godfrey LLP
1901 Avenue of the Stars
Ste 950
Los Angeles, CA 90067-6029
khoek@susmangodfrey.com

Genevieve Vose
Susman Godfrey LLP
1201 Third Avenue
Suite 3800
Seattle, WA 98101
gvose@susmangodfrey.com

Keith E. Eggleton
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
keggleton@wsgr.com

Jonathan M. Jacobson
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the America
40th Floor
New York, NY 10019
jjacobson@wsgr.com

Scott Andrew Sher

Wilson Sonsini Goodrich & Rosati
1700 K Street, NW
Fifth Floor
Washington, DC 20006
ssher@wsgr.com

Sara Ciarelli Walsh
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the America
40th Floor
New York, NY 10019
sciarelli@wsgr.com

Christopher T. Heffelfinger
Berman DeValerio
425 California Street
Suite 2100
San Francisco, CA 94104
cheffelfinger@bermandevalerio.com

Melissa Conwell Shapiro
Saveri & Saveri, Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111
mshapiro@saveri.com

Harry Shulman
The Mills Law Firm
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
harry@millslawfirm.com

Linda M. Fong
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
lfong@kaplanfox.com

Michele Chickerell Jackson
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street

30th Floor
San Francisco, CA 94111
mjackson@lchb.com

Jeff D Friedman
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
jefff@hbsslaw.com

David W. Mitchell
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
davidm@csgrr.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 25, 2009 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        ADR Program Administrator
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov