1   MICHAEL F. HERTZ
    Acting Assistant Attorney General, Civil Division
2   DOUGLAS N. LETTER
    Terrorism Litigation Counsel
3   JOSEPH H. HUNT
    Director, Federal Programs Branch
4   VINCENT M. GARVEY
    Deputy Branch Director
5   ANTHONY J. COPPOLINO
    Special Litigation Counsel
6   PAUL G. FREEBORNE
    MARC KRICKBAUM
7   Trial Attorneys
    U.S. Department of Justice
8   Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, NW, Rm. 6102
9   Washington, D.C. 20001
    Phone: (202) 514-4782
10  Fax: (202) 616-8460

11  *Attorneys for the Government Defendants*
    *Sued in their Official Capacity*

12

                        **UNITED STATES DISTRICT COURT**

13

                       **NORTHERN DISTRICT OF CALIFORNIA**

14

                          **SAN FRANCISCO DIVISION**

15
                                            )    No. C:08-cv-4373-VRW
16  CAROLYN JEWEL, TASH HEPTING,            )
    GREGORY HICKS, ERIK KNUTZEN, and        )    **GOVERNMENT DEFENDANTS'**
17  JOICE WALTON,                           )    **NOTICE OF LODGING OF** *IN*
                                            )    *CAMERA, EX PARTE* **CLASSIFIED**
18          *Plaintiffs*,                   )    **DECLARATION OF DEBORAH A.**
                                            )    **BONANNI, CHIEF OF STAFF,**
19      v.                                  )    **NATIONAL SECURITY AGENCY**
                                            )
20  NATIONAL SECURITY AGENCY ("NSA");       )
    KEITH B. ALEXANDER, Director of the NSA;)    Date:         June 25, 2009
21  UNITED STATES OF AMERICA;               )    Time:         2:30 p.m.
    BARACK OBAMA, President of the United    )    Courtroom:    6, 17th Floor
22  States; UNITED STATES DEPARTMENT OF     )
    JUSTICE; ERIC HOLDER, Attorney General   )    Chief Judge Vaughn R. Walker
23  of the United States; DENNIS C. BLAIR,  )
    Director of National Intelligence.       )
24                                          )
                *Government Defendants*      )
25          *Sued in Their Official Capacity*. )

26

27          The Government Defendants hereby provide notice that the Classified Declaration of

    **Government Defendants' Notice of Lodging of Classified** *In Camera, Ex Parte*
28  **Declaration of Deborah A. Bonanni, National Security Agency**
    *Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**

Deborah A. Bonanni, Chief of Staff, National Security Agency, dated April, 3, 2009, is being

lodged with court security officers solely for the Court's *in camera, ex parte* review.

Dated: April 3, 2009                    Respectfully Submitted,

                                        MICHAEL F. HERTZ
                                        Acting Assistant Attorney General

                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel

                                        JOSEPH H. HUNT
                                        Director, Federal Programs Branch

                                        VINCENT M. GARVEY
                                        Deputy Branch Director

                                         *s/ Anthony J. Coppolino*
                                        ANTHONY J. COPPOLINO
                                        Special Litigation Counsel

                                        PAUL G. FREEBORNE
                                        MARC KRICKBAUM

                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, NW, Rm. 6102
                                        Washington, D.C. 20001
                                        Phone: (202) 514-4782
                                        Fax: (202) 616-8460
                                        Email: tony.coppolino@usdoj.gov

                                        *Attorneys for the Government Defendants*
                                        *Sued in their Official Capacity*

**Government Defendants' Notice of Lodging of Classified *In Camera, Ex Parte***
**Declaration of Deborah A. Bonanni, National Security Agency**
*Jewel et al. v. National Security Agency et al.*, Case No. 08-cv-4373-VRW                    -2-