| | |
|---|---|
| Robert G. Abrams<br>Thomas A. Isaacson<br>Peter A. Barile III<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel.: (202) 783-0800<br>Fax: (202) 383-6610<br>abramsr@howrey.com<br>isaacsont@howrey.com<br>barilep@howrey.com<br><br>Paul Alexander<br>HOWREY LLP<br>1950 University Avenue<br>East Palo Alto, CA 94303<br>Tel.: (650) 798-3500<br>Fax: (650) 798-3600<br>alexanderp@howrey.com<br><br>Emily L. Maxwell<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Tel.: (415) 848-4947<br>Fax: (415) 848-4999<br>maxwelle@howrey.com<br><br>*Lead Class Counsel*<br>*Member of the Steering Committee for*<br>*Plaintiffs in MDL No. 2029* | Guido Saveri<br>R. Alexander Saveri<br>Melissa Shapiro<br>Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel.: (415) 217-6810<br>Fax: (415) 217-6813<br>guido@saveri.com<br>rick@saveri.com<br>melissa@saveri.com<br>cadio@saveri.com<br><br>*Liaison Class Counsel*<br>*Member of the Steering Committee for*<br>*Plaintiffs in MDL No. 2029* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Master File No. M:09-CV-2029 PJH<br><br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton |
| **This document relates to:**<br><br>3:09-cv-00002 PJH<br>3:09-cv-00096 PJH<br>3:09-cv-00111 PJH<br>3:09-cv-00116 PJH<br>3:09-cv-00138 PJH<br>3:09-cv-00139 PJH<br>3:09-cv-00180 PJH<br>3:09-cv-00225 PJH | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 3:09-cv-00236 PJH<br>3:09-cv-00244 PJH<br>3:09-cv-00274 PJH<br>3:09-cv-00294 PJH<br>3:09-cv-00340 PJH<br>3:09-cv-00349 PJH<br>3:09-cv-00361 PJH<br>3:09-cv-00368 PJH<br>3:09-cv-00375 PJH<br>3:09-cv-00378 PJH<br>3:09-cv-00391 PJH<br>3:09-cv-00399 PJH<br>3:09-cv-00400 PJH<br>3:09-cv-00402 PJH<br>3:09-cv-00434 PJH<br>3:09-cv-00445 PJH<br>3:09-cv-00447 PJH<br>3:09-cv-00496 PJH<br>3:09-cv-00553 PJH<br>3:09-cv-00554 PJH<br>3:09-cv-00678 PJH<br>3:09-cv-00958 PJH<br>3:09-cv-01274 PJH<br>3:09-cv-01499 PJH<br>3:09-cv-01740 PJH<br>3:09-cv-02154 PJH<br>3:09-cv-02062 PJH<br>3:09-cv-02063 PJH<br>3:09-cv-02155 PJH<br>3:09-cv-02156 PJH<br>3:09-cv-02152 PJH<br>3:09-cv-02153 PJH<br>3:09-cv-02065 PJH<br>3:09-cv-02151 PJH<br>3:09-cv-02184 PJH<br>3:09-cv-02150 PJH<br>3:09-cv-02067 PJH<br>3:09-cv-02066 PJH | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice as to Certain Plaintiffs was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record on the 9th day of June, 2009.

/s/ William G. Caldes
William G. Caldes

CERTIFICATE OF SERVICE
- 1 -